

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-19-00332-CV

Lee B. **WHEELER,** Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee, Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

The trial court clerk has filed a clerk's record. However, the clerk's record does not comply with Texas Rule of Appellate Procedure 34.5(a), which lists the documents that must be included in the clerk's record "[u]nless the parties designate the filings in the appellate record by agreement under Rule 34.2." TEX. R. APP. P. 34.5. Rule 34.5(a) provides that in civil cases, the documents to be included in the clerk's record are the following:

(1)     all pleadings on which the trial was held;
(2)     the court's docket sheet,
(3)     the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law;
(4)     the court's judgment or other order that is being appealed;
(5)     any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;
(6)     the notice of appeal;
(7)     any formal bill of exception;
(8)     any request for a reporter's record, including any statement of points or issues under Texas Rule of Appellate Procedure 34.6(c);
(9)     any request for preparation of the clerk's record;
(10)    a certified bill of costs including the cost of preparing the clerk's record, showing credits for payments made; and
(11)    any filing that a party designates to have included in the record.

In this appeal, the clerk's record does not contain all the pleadings on which trial was held. Specifically, the clerk's record does not include Plaintiffs' First Amended Original Petition, which was filed on June 6, 2017. We ORDER the trial court clerk to file a supplemental clerk's record on or before **June 17, 2019** containing the Plaintiffs' First Amended Original Petition.



_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court